JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT KAHALA KING, | ) | Case No. EDCV 18-1677 CAS(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: November 6, 2018

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE